VENABLE, APPELLANT, *v.* BARRY, ADMR., APPELLANT; OHIO BELL TELEPHONE COMPANY, APPELLEE.

[Cite as *Venable v. Barry* (1992), 63 Ohio St.3d 294.]

(Nos. 91–378 and 91–563—Submitted February 19, 1992—Decided March 18, 1992.)

---

*Stewart Jaffy & Assoc. Co., L.P.A., Stewart Jaffy* and *Marc J. Jaffy,* for appellant Kenneth L. Venable.

*Lee I. Fisher,* Attorney General, *Dennis L. Hufstader* and *Gerald H. Waterman,* for appellant Patricia Barry, Administrator, Bureau of Workers' Compensation.

*Coolidge, Wall, Womsley & Lombard Co., L.P.A.,* and *Laura G. Harrelson;* and *Michael R. Oker,* for appellee.

*Dinsmore & Shohl, George B. Wilkerson* and *Joan M. Verchot,* urging affirmance for *amicus curiae,* Manpower, Inc.

*Stewart Jaffy & Assoc. Co., L.P.A., Stewart Jaffy* and *Marc J. Jaffy,* urging reversal for *amici curiae,* Ohio AFL–CIO and Ohio Academy of Trial Lawyers.

---

This cause is reversed and remanded on the authority of our decision in *Collinsworth v. Western Elec. Co.* (1992), 63 Ohio St.3d 268, 586 N.E.2d 1071, decided today.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.